DATE OF NOTICE:    August 20, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Timothy Doris | : | Civil Action No.: 02-2751 |
| | : | |
| v. | : | |
| | : | |
| Marriott International, Inc. | : | |

### NOTICE

Please be advised that a **STATUS CONFERENCE** will be held by telephone on **Thursday, August 22, 2002, at 3:00 p.m.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

Lenora Kashner
Deputy Clerk to Judge Baylson
267.299.7529

cc:    Thomas S. Farnish, Esquire (via fax)
       Gregory J. Kelley, Esquire (via fax)

N:\Scheduling - Judge Baylson\Doris Status Conference for 8-22-02.wpd