**DEUTSCH, LARRIMORE, FARNISH & ANDERSSON, L.L.P.**
**BY: THOMAS S. FARNISH**
I.D. No: 34656                                                                ATTORNEY FOR PLAINTIFF
1800 JFK Boulevard
Philadelphia, PA  19103
(215) 209-8500

| | |
|---|---|
| **TIMOTHY DORIS** | **CIVIL ACTION** |
| vs. | **NO: 02-CV-2751** |
| **MARRIOTT INTERNATIONAL, INC.** | **JURY TRIAL DEMANDED** |

## RULE 26(a) REQUIRED DISCLOSURES

**Initial Disclosures (1)**

**(A)  Names, Addresses and Telephone Numbers of each individuals likely to have discoverable information.**

    1.    Helen Thorpe
           3547 Indian Queen Lane
           Philadelphia, PA 19129
           215 438-0372

    2.    Frank Serrano
           Director of security
           Marriott Beach Resorts
           Frenchman's Reef
           340-776-8500


**B.  Documents, Data, Compilations and Tangible Things:**

    1.    Plaintiff's Medical Records, Reports and Bills concerning injuries suffered in this accident.

    2.    Incident & Loss Report prepared by Frank Serrano, Director of Security Frenchman's Reef Marriott Beach Resort.

**(2) Disclosure of Expert Testimony:**

(A)　Plaintiff anticipates that all treating physicians may be called as expert witnesses in this matter (please see medical records, reports and bills attached hereto).

                                              **DEUTSCH, LARRIMORE, FARNISH & ANDERSSON, LLP**

                                              By:_____
                                              **THOMAS S. FARNISH**
                                               Attorney for Plaintiff

**Date: October 3, 2002**

**DEUTSCH, LARRIMORE, FARNISH & ANDERSSON, L.L.P.**
**BY: THOMAS S. FARNISH**
I.D. No: 34656  **ATTORNEY FOR PLAINTIFF**
1800 JFK Boulevard
Philadelphia, PA 19103
(215) 209-8500

| | |
|---|---|
| **TIMOTHY DORIS** | **CIVIL ACTION** |
| vs. | **NO: 02-CV-2751** |
| **MARRIOTT INTERNATIONAL, INC.** | **JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2002, I served a copy of the within Rule 26(a) Required Disclosures via United States Mail, First Class, Postage Prepaid, on the party as set forth below:

GREGORY KELLY, ESQUIRE
Kelly, McLaughlin, Foster, Bracaglia, Daly...
620 W. Germantown Pike, Suite 350
Plymouth Meeting, PA 19462


**DEUTSCH, LARRIMORE, FARNISH & ANDERSSON, LLP**

By: _____
**THOMAS S. FARNISH**
Attorney for Plaintiff

**Date:   October 3, 2002**