IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Timothy Doris | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2751 |
| | : | |
| Marriot International, Inc., et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Thursday, February 13, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

* Case Continued from 1/14/03

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:January 3, 2003

Copies:     Lenora Kashner, Courtroom Deputy to Judge Michael M. Baylson
Docket Clerk - Case File

Counsel:     Thomas S. Farnish, Esq.
Gregory J. Kelley, Esq.
Robert G. Kelly, Esq.

ARB2.FRM